e-filed 01/27/11
closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GIDEON V. AGRA and VICTORIA A. AGRA,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, DEUTSCHE BANK NATIONAL TRUST COMPANY, BANK OF NEW YORK MELLON,<br><br>    Defendants. | Case No. CV10-8493 PSG (PJWx)<br><br>**[~~PROPOSED~~] JUDGMENT** |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401

1  Whereas, on January 24, 2011, the Court entered an order GRANTING
2  Defendants Countrywide Home Loans, Inc. (erroneously sued as America's
3  Wholesale Lender), Deutsche Bank National Trust Company, and The Bank of New
4  York Mellon's Motion to Dismiss the Complaint of Plaintiffs Gideon V. Agra and
5  Victoria A. Agra ("Plaintiffs") WITH PREJUDICE [Docket No. 31];
6  THEREFORE, pursuant to Rule 58 of the Federal Rules of Civil Procedure,
7  JUDGMENT IS HEREBY ENTERED against Plaintiff and in favor of Defendants
8  Countrywide Home Loans, Inc., Deutsche Bank National Trust Company, and The
9  Bank of New York Mellon.

12  Dated: 01/26/11

**PHILIP S. GUTIERREZ**
Hon. Philip S. Gutierrez
United States District Court Judge

14  Respectfully Submitted,

15  **BRYAN CAVE LLP**

16  By: /s/ Brian J. Recor

17  Attorneys for Defendants
   Countrywide Home Loans, Inc.,
18 Deutsche Bank National Trust
   Company, and The Bank of New
19 York Mellon

1
[PROPOSED] JUDGMENT

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of **Santa Monica**, State of California. I am over the age of 18 and not a party to the within action. My business address is: **120 Broadway, Suite 300, Santa Monica, California 90401**.

On January 25, 2011, I served the foregoing documents described as follows thereon on all interested parties in this action: **NOTICE OF LODGING OF PROPOSED JUDGMENT**, by placing a [**x**] true copy [ ] original of the above document enclosed in a sealed envelope addressed as follows:

> **Gideon V. Agra**
> **Victoria A. Agra**
> **12325 Moondance Court**
> **Rancho Cucamonga, CA 91739**
> **909-210-7708**

☒ **BY OVERNIGHT DELIVERY** - Depositing copies of the above document(s) in a box or other facility regularly maintained by **UPS**, in an envelope or package designated by **UPS** with delivery fees paid or provided for.

Executed on January 25, 2011 at **Santa Monica**, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Alicia Moore
Alicia Moore

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614